DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EARL BROWN, KEITHRA BROWN** and
**AMERIHOME MORTGAGE COMPANY, LLC,**
Appellants,

v.

**EXPRESS EMERGENCY SERVICES, INC.,**
Appellee.

No. 4D22-310

[March 23, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John B. Bowman, Judge; L.T. Case No. CACE 2019-007946.

Michael I. Feldman and Salvatore H. Fasulo of Krinzman Huss Lubetsky Feldman & Hotte, Miami, for appellants Earl Brown and Keithra Brown, and Charles P. Gufford of McCalla Raymer Leibert Pierce, LLC, Orlando, for appellant Amerihome Mortgage Company, LLC.

Scott C. Gherman of Scott C. Gherman, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***